UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-01971-SPG-PD | Date | June 5, 2026 |
|---|---|---|---|
| Title | Frederic St. Laurent v. Easton Diamond Sports, LLC | | |

| Present: The Honorable | SHERILYN PEACE GARNETT UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER STAYING CASE AND SETTING ORDER TO SHOW CAUSE RE SETTLEMENT [ECF NO. 90]**

On June 6, 2026, Plaintiffs and Counter-Claim Defendants Frederic St. Laurent and Marucci Sports, LLC, and Defendants and Counterclaim Plaintiffs Easton Diamond Sports, LLC and Rawlings Sporting Goods Company (collectively, the "Parties") filed a "Notice of Global Settlement and Request to Stay the Action." (ECF No. 90). The Parties represent that they have reached an agreement in principle to settle this case and two related actions pending in the Superior Court of Washington, King County, and Supreme Court of New York, Onodaga County. (*Id.* at 2). The Parties request the Court "suspend all deadlines and further proceedings in this action for 60 days." (*Id.*).

Accordingly, the Court sets an Order to Show Cause re Settlement for August 12, 2026, at 1:30 p.m. By August 3, 2026, the Parties shall file a joint statement, not to exceed five (5) pages, regarding the status of the parties' settlement negotiations or other efforts to resolve this case through agreement, dismissal, or stipulated judgment, as well as the continued need, if any, for the stay. Upon timely filing of the joint statement, the matter will be taken off calendar and no appearance by counsel will be required. All pending dates, other than the Order to Show Cause re Settlement date, are hereby STAYED.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg

Page **1** of **1**